UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20 CR 462 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| ISAIAH TURNER, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Amanda M. Knapp, regarding the change of plea hearing of Isaiah Turner, which was referred to the Magistrate Judge with the consent of the parties.

On September 3, 2020 the government filed a 1 count, Indictment, charging Defendant Turner with Felon in Possession of a Firearm, in violation of Title 18 U.S.C. § 922(g)(1), and 924(a)(2). On January 22, 2021 Defendant was arraigned by Magistrate Judge Ruiz and entered a plea of not guilty to Count 1 of the Indictment. On May 26, 2022, Magistrate Judge Knapp received Defendant Turner's plea of guilty to Count 1 of the Indictment and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Turner is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis

for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Isaiah Turner is adjudged guilty to Count 1 of the Indictment, in violation of Title 18 U.S.C. §§ 922(g)(1), and 924(a)(2). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on September 15, 2022 at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 27, 2022